UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOUGLAS SEARSON, individually and on behalf
of all others similarly situated,

                Plaintiffs,        **ORDER ADOPTING REPORT**
  - against -                         **AND RECOMMENDATION**

CONCORD MORTGAGE CORP., et al,        07-3909 (DRH) (AYS)

                Defendants.
------------------------------------------------------------X

      Presently before the Court is the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated January 29, 2018, recommending that default judgment be entered against Defendants Edward Gilbride and Mark Gallagher, jointly and severally, in accordance with Ex. A of plaintiff's supplemental motion for damages. More than fourteen (14) days have passed since service of the Reprot and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the January 29, 2018 Report and Recommendation of Judge Shields as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that the motion for default judgment against defendants Edward Gilbride and Mark Gallagher is granted. Plaintiff is directed to submit under cover of letter a proposed judgment in accordance herewith on or before March 16, 2018. Said proposed

judgment should reflect the amount received by each of the plaintiffs from the settlement reached with the other Defendants.

Dated: Central Islip, New York
      March 5, 2018                          /s/ Denis R. Hurley
                                                 Denis R. Hurley
                                                 United States District Judge